UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 22, 2016

_____

DOCKETING FORMS
FOLLOW-UP NOTICE

_____

No.   16-1210,        Westmoreland Coal Company v. DOWCP
                     15-0028-BLA

TO:   Charles Adam Kinser

REQUESTED FORMS DUE:  March 25, 2016

The form(s) identified below must be filed in the clerk's office electronically by the due date shown. The forms are available for completion as links from this notice and at the court's Web site. Noncompliance with the court's filing requirements will lead to initiation of disciplinary proceedings pursuant to Local Rule 46(g) and will result in dismissal as to appellant pursuant to Local Rule 45.

[ ] Docketing statement - Criminal or Docketing statement - Civil or Agency

[XX] Disclosure of corporate affiliations

[XX] Appearance of counsel [eFiler status required]

[ ] Transcript order form

[ ] CJA 24 authorization for transcript

Cathy Poulsen, Deputy Clerk
804-916-2704